IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | **I N D I C T M E N T** |
| v. | Case No. 3:26-cr-18 |
| MICHAEL JOSEPH HUNTER | Violation: 18 U.S.C. § 1708 |

COUNT ONE

**Theft of Mail Matter**

The Grand Jury Charges:

On or about July 30, 2025, in the District of North Dakota, the defendant,

MICHAEL JOSEPH HUNTER,

did steal and take from an authorized depository for mail matter located outside the Sheldon, North Dakota, Post Office, or from a mail route, a letter addressed to Adam and Jacqueline, Fargo, ND 58104.

In violation of Title 18, United States Code, Section 1708.

COUNT TWO

**Theft of Mail Matter**

The Grand Jury Further Charges:

Between July 15, 2025, and July 20, 2025, in the District of North Dakota, the defendant,

MICHAEL JOSEPH HUNTER,

did steal and take from an authorized depository for mail matter outside the Leonard, North Dakota, Post Office, or from a mail route, a letter addressed to Heather Jacobson, Eagan, MN 55121.

In violation of Title 18, United States Code, Section 1708.

## COUNT THREE

### Theft of Mail Matter

The Grand Jury Further Charges:

On or about July 30, 2025, in the District of North Dakota, the defendant,

MICHAEL JOSEPH HUNTER,

did steal and take from an authorized depository for mail matter outside the Leonard, North Dakota, Post Office, or from a mail route, a letter addressed to Jessica Presky, Andover, MN 55304.

In violation of Title 18, United States Code, Section 1708.

<u>FORFEITURE NOTICE</u>

Upon conviction of the offenses charged in this Indictment,

MICHAEL JOSEPH HUNTER

shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(c) and 28 U.S.C. § 2461(c), all of his right, title, and interest in any property, real or personal, which constitutes or is derived from proceeds traceable to a violation of 18 U.S.C. § 1708, including but not limited to:

> A sum of United States currency in the form of a Money Judgment representing the amount of proceeds obtained as a result of the offenses.

> If any of the assets described above as being subject to forfeiture, pursuant to

18 U.S.C. § 1708, as a result of any act or omission of MICHAEL JOSEPH HUNTER,

> a. Cannot be located upon the exercise of due diligence;
> b. Has been transferred to, sold to, or deposited with, a third person;
> c. Has been placed beyond the jurisdiction of the Court;
> d. Has been substantially diminished in value; or
> e. Has been commingled with other property which cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of said defendants up to the value of said property described above as being subject to forfeiture.

A TRUE BILL:

/s/ Foreperson
Foreperson

/s/ NICHOLAS W. CHASE
NICHOLAS W. CHASE
United States Attorney

MDG/ak